ACCEPTED
03-16-00552-CV
13673413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 9:31:13 AM
JEFFREY D. KYLE
CLERK

NO. 03-16-00552-CV

_____

IN THE THIRD DISTRICT COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 9:31:13 AM
JEFFREY D. KYLE
Clerk

_____

THE CITY OF LULING,

Appellant

v.

GUADALUPE-BLANCO RIVER AUTHORITY,

Appellee

_____

Appealed from the 421st Judicial District Court
Caldwell County, Texas
The Honorable Todd Blomerth, Presiding
Trial Court Cause No. 15-O-544

_____

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

_____

TO THE HONORABLE THIRD DISTRICT COURT OF APPEALS:

Appellant the City of Luling files this Unopposed Second Motion for Extension of Time to File Appellant's Brief.

As reported in the First Motion for Extension of Time, the parties in this matter have engaged in settlement discussions. Those discussions have been productive and are ongoing. Appellant believes that time for additional discussions will prove useful and

**MOTION FOR EXTENSION OF TIME**

may resolve the dispute at issue here. Appellant, therefore, seeks an extension of time to continue and hopefully finalize such settlement discussions. A thirty-day extension of time should provide enough time to determine whether a settlement may be possible.

This is Appellants' second request for an extension of time for this filing. Appellees are not opposed to the request.

## PRAYER

For these reasons, Appellant, the City of Luling, prays that this Court grant a thirty-day extension of time to file its Appellants' Brief to and including December 14, 2016. Appellant also asks for any other relief to which it may be entitled.

**Date: November 8, 2016**

Respectfully submitted,

THE AL LAW GROUP, PLLC

*/s/ David Tuckfield*_____
David Tuckfield
State Bar Number: 00795996
12400 West Hwy 71, Suite 350-150
Austin, TX 78738
Telephone: (512) 576-2481
Facsimile: (512) 366-9949

Eric B. Storm
State Bar No. 24033244
11610 Bee Caves Rd., Suite 220
Austin, TX 78738
Telephone: (512) 593-1881
Facsimile: (512) 276-6677

ATTORNEYS FOR APPELLANT THE
CITY OF LULING

**MOTION FOR EXTENSION OF TIME**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Joseph R. Knight, counsel for Appellee, regarding this motion and Appellee is not opposed to the relief sought in this motion.


*/s/ David Tuckfield*
David Tuckfield


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this 8th day of November 2016 by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

Joseph R. Knight
State Bar. No. 11601275
jknight@ebbklaw.com
111 Congress Ave., Suite 2800
Austin, Texas 78701
512.770.4010
512.684.7681 (facsimile)

Attorneys for Defendant Guadalupe Blanco River Authority


*/s/ David  Tuckfield*
David  Tuckfield


**MOTION FOR EXTENSION OF TIME**